IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JOHN SMITH,<br><br>                    Plaintiff,<br><br>vs.<br><br>CBOCS, INC., previously known as CRACKER BARREL OLD COUNTRY STORE, INC.,<br><br>                    Defendant. | CV 24-146-M-KLD<br><br><br>ORDER |

    Plaintiff John Smith has filed an unopposed motion requesting leave for counsel Christopher Froines to appear remotely at the preliminary pretrial conference scheduled for 11:00 a.m. on December 16, 2024. (Doc. 11.) Accordingly, and good cause appearing,

    IT IS ORDERED that Plaintiff's motion (Doc. 11) is GRANTED.  The Court will convene the entire preliminary pretrial conference by Zoom. The Clerk of Court will notify counsel for all parties via e-mail of the meeting ID and password in advance of the conference. Zoom Guidance and Setup available at: https://www.mtd.uscourts.gov/zoom-hearings.

    DATED this 7th day of November, 2024.

                                                                            _____
                                                                        Kathleen L. DeSoto
                                                                        United States Magistrate Judge